AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Montana

**FILED**

**JUL 27 2020**

Clerk, US District Co...
District of Montana - Billings

| | |
|---|---|
| United States of America ) | Case No.  MJ-20-71-TJC |
| v. ) | |
| ) | |
| KENNETH VANCE WALLOWINGBULL ) | Charging District:   District of Wyoming |
| *Defendant* ) | Charging District's Case No.   20-CR-85-ABJ |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Magistrate Judge Teresa McKee | Courtroom No.: |
|---|---|
| 125 Sunflower, Lander, WY 82520 | Date and Time: July 29, 2020 at 9:00 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   July 27, 2020

*Judge's signature*

US Magistrate Judge
*Printed name and title*